UNITED STATES BANKRUPTCY COURT
MIDDLE  DISTRICT OF  FLORIDA
TAMPA  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GRANTHAM, AMEY J | § | Case No. 12-10596 CPM |
| GRANTHAM, RAYMOND W | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Shari S. Jansen, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

               LEE ANN BENNETT
               U.S.BANKRUPTCY COURT
               801 N. FLORIDA AVENUE
               TAMPA, FL  33602

     Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/14/2013                  By: /s/ Shari S. Jansen
                                                            Trustee

*Shari S. Jansen*
*P.O. Box  50667*
*Sarasota, FL 34232-0305*

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| GRANTHAM, AMEY J § | Case No. 12-10596 CPM |
| GRANTHAM, RAYMOND W § | |
| § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 40,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 40,000.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000009A | Internal Revenue Service | $ 5,449.65 | $ 5,449.65 | $ 0.00 | $ 5,449.65 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 5,449.65 |
| Remaining Balance | $ | 34,550.35 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Shari S. Jansen | $ 4,750.00 | $ 0.00 | $ 4,750.00 |
| Trustee Expenses: Shari S. Jansen | $ 172.10 | $ 0.00 | $ 172.10 |
| Attorney for Trustee Fees: SHARI JANSEN,Esq. | $ 350.00 | $ 0.00 | $ 350.00 |
| Other: Ingenix Subrogation Services | $ 7,221.28 | $ 0.00 | $ 7,221.28 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: VINCENT C. ROWLEY | $ 13,333.33 | $ 0.00 | $ 13,333.33 |
| Other: VINCENT C. ROWLEY | $ 178.67 | $ 0.00 | $ 178.67 |

Total to be paid for chapter 7 administrative expenses     $     26,005.38

Remaining Balance     $     8,544.97

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 149,066.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
|  | Polk County EMS | $ 609.00 | $ 0.00 | $ 34.91 |
|  | Watson Clinic | $ 37.69 | $ 0.00 | $ 2.16 |
|  | Cora Health Services | $ 281.22 | $ 0.00 | $ 16.12 |
| 000001 | Atlas Acquisitions LLC | $ 4,488.05 | $ 0.00 | $ 257.27 |
| 000002 | Atlas Acquisitions LLC | $ 5,112.46 | $ 0.00 | $ 293.06 |
| 000003 | Atlas Acquisitions LLC | $ 993.07 | $ 0.00 | $ 56.93 |
| 000004 | American InfoSource LP | $ 464.00 | $ 0.00 | $ 26.60 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | American InfoSource LP | $ 464.00 | $ 0.00 | $ 26.60 |
| 000006 | Discover Bank | $ 8,578.61 | $ 0.00 | $ 491.75 |
| 000007 | Quantum3 Group LLC | $ 2,539.12 | $ 0.00 | $ 145.55 |
| 000008 | Quantum3 Group LLC | $ 1,211.79 | $ 0.00 | $ 69.46 |
| 000010 | American Express Bank, FSB | $ 5,675.92 | $ 0.00 | $ 325.37 |
| 000011 | FIA Card Services, N.A. | $ 25,757.01 | $ 0.00 | $ 1,476.48 |
| 000012 | Asset Acceptance LLC | $ 1,891.47 | $ 0.00 | $ 108.43 |
| 000013 | Capital One Bank (USA), N.A. | $ 2,359.47 | $ 0.00 | $ 135.25 |
| 000014 | Capital One Bank (USA), N.A. | $ 14,067.38 | $ 0.00 | $ 806.39 |
| 000015 | Capital One Bank (USA), N.A. | $ 11,956.98 | $ 0.00 | $ 685.41 |
| 000016 | American Express Centurion Bank | $ 6,036.78 | $ 0.00 | $ 346.05 |
| 000017 | American Express Centurion Bank | $ 10,731.02 | $ 0.00 | $ 615.14 |
| 000018 | American InfoSource LP | $ 3,210.70 | $ 0.00 | $ 184.05 |
| 000019 | Midland Funding LLC | $ 7,821.76 | $ 0.00 | $ 448.37 |
| 000020 | American Express Travel Related Services | $ 7,210.62 | $ 0.00 | $ 413.33 |
| 000021 | Portfolio Recovery Associates, LLC | $ 3,670.61 | $ 0.00 | $ 210.41 |
| 000009C | Internal Revenue Service | $ 23,897.50 | $ 0.00 | $ 1,369.88 |

Total to be paid to timely general unsecured creditors            $            8,544.97

Remaining Balance            $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 10,218.74 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009B | Internal Revenue Service | $ 10,218.74 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Prepared By: /s/ Shari S. Jansen
                             Trustee

*Shari S. Jansen*
*P.O. Box 50667*
*Sarasota, FL 34232-0305*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

DATE RECEIVED: Jun 14 2013      TIME RECEIVED: 11:18AM      TOTAL SERVED: 42

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: Amey J. Grantham<br>Raymond W. Grantham | CASE NO: 12-10596 CPM<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. |

On 6/14/2013, a copy of the following documents, described below,

Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object ( TFR),

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/14/2013

/s/ Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Shari Streit Jansen P.A.
Shari S. Jansen
PO Box 50667
Sarasota, FL 34232

Mailing List
Address that have been struck through were not served via USPS mail.
Case 8:12-bk-10596-CPM   Doc 57   Filed 06/14/13   Page 7 of 8

| | | |
|---|---|---|
| Amey J Grantham<br>2614 Ralph Rd<br>Lakeland FL 33801-9661 | Raymond W Grantham<br>2614 Ralph Rd<br>Lakeland FL 33801-9661 | Recovery Management Systems Corp.<br>Attn- Ramesh Singh<br>25 SE Second Avenue Ste 1120<br>Miami FL 33131-1605 |
| Aargon Agency Inc<br>8668 Spring Mountain Rd<br>Las Vegas NV 89117-4113 | American Express Bank FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 |
| American Express Travel Related<br>Co Inc Corp Card<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | American InfoSource LP as agent<br>Health Management Associates<br>as assignee of Pasco Regional<br>PO Box 248838<br>Oklahoma City OK 73124-8838 | American InfoSource LP as agent<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City OK 73126-8941 |
| Amex<br>PO Box 297871<br>Fort Lauderdale FL 33329-7871 | Asset Acceptance<br>PO Box 2036<br>Warren MI 48090-2036 | Asset Acceptance LLC assignee<br>PO Box 2036<br>Warren MI 48090-2036 |
| Atlas Acquisition LLC<br>co Avi Schild<br>294 Union St<br>Hackensack NJ 07601-4303 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack NJ 07601-4303 | Bank Of America<br>PO Box 1598<br>Norfolk VA 23501-1598 |
| Bank Of America N.A.<br>450 American St<br>Simi Valley CA 93065-6285 | Butler & Hosch PA<br>3185 S Conway Rd<br>Suite E<br>Orlando FL 32812-7349 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Capital One Bank (USA) N.A.<br>PO Box 71083<br>Charlotte NC 28272-1083 | Citicards<br>PO Box 6241<br>Sioux Falls SD 57117-6241 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 |
| DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | FIA Card Services N.A. as<br>Bank of America N.A. (USA)<br>and MBNA America Bank N.A.<br>4161 Piedmont Parkway (NC4 105 03<br>Greensboro NC 27410-8110 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | LVNV Funding<br>PO Box 740281<br>Houston TX 77274-0281 | Loyce E Grantham<br>1325 Grasslands Blvd.<br>Apt. 102<br>Lakeland FL 33803-5443 |

Mailing List
Address that have been struck through were not served via USPS mail.
Case 8:12-bk-10596-CPM   Doc 57   Filed 06/14/13   Page 8 of 8

| | | |
|---|---|---|
| M J Altman Co<br>112 E Fort King St<br>Ocala FL 34471-2123 | Merchants Assn Collection<br>134 S. Tampa St.<br>Tampa FL 33602-5354 | Midland Funding<br>8875 Aero Dr<br>Suite 200<br>San Diego CA 92123-2255 |
| Midland Funding LLC<br>By its authorized agent Recoser<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Paul R Zarbaugh<br>1124 Timbergreen Dr<br>Lakeland FL 33809-2374 | Portfolio Investments II LLC<br>co Recovery Management Systems<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 |
| Portfolio Investments II LLC<br>co Recovery Mgmt Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131-1605 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Preferred Collection<br>1000 N Ashley Dr<br>Suite 600<br>Tampa FL 33602-3723 |
| Quantum3 Group LLC as agent for<br>World Financial Network Bank<br>PO Box 788<br>Kirkland WA 98083-0788 | Recovery Management Systems<br>25 S.E. 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Sears<br>PO Box 6282<br>Sioux Falls SD 57117-6282 |
| Suntrust Bank<br>PO Box 85052<br>Richmond VA 23285-5052 | Trident Asset Mgmt<br>5755 Northpoint Pkwy<br>Alpharetta GA 30022-1142 | WFNNB<br>PO Box 182273<br>Columbus OH 43218-2273 |